No. 74–1542.   Union Electric Co. *v.* Environmental Protection Agency et al.   C. A. 8th Cir.   Certiorari granted limited to Question 1 presented by the

petition, which reads as follows: "Does the Section of the Clean Air Act (Section 307 (b) (1)), which provides for judicial review by the Court of Appeals of EPA approval of sulfur dioxide emission regulations in the Missouri implementation plan, prevent the Court of Appeals from considering technological and economic factors applicable to petitioner and such regulations, when the petition for judicial review was filed more than 30 days after EPA approval of such plan, when such technological and economic factors arose more than 30 days after EPA approval and when those factors make it impossible for petitioner to comply with those regulations and [it would be] manifestly against the public interest for it to attempt to do so?"